# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Freyr Inc | 11/29/2022 | 266291 | Check | $ 7,300.00 |
| Akorn Operating Company, LLC | Freyr Inc | 1/12/2023 | 266918 | Check | $ 32,000.00 |
| | | | | | $ 39,300.00 |